**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

**United States of America**

Cr. 2012/0016

**vs**

**Vernon Sutton, Jr.**

_____

**MEMORANDUM RECORD OF PROCEEDING**

Defendant appeared before George W. Cannon, Jr U.S. Magistrate Judge on the 6th day of January 2016 at 10:00 am (time), (before)(after) the filing of Violation of Supervised Release Petition in the above cause, a copy of which (was)(was not) given to the defendant. The defendant was informed of the indictment and constitutional rights and statutory rights including:

(X) Right to counsel of own choosing; (X) Right to remain silent; if a voluntary statement is made, it could be used against him/her; (X) Right to preliminary examination; (X) Right to bail.

The defendant was also advised that if he/she is unable to hire a lawyer that one would be provided without cost; You have a right to talk to the lawyer before answering questions and to have the lawyer present during any questioning or statement which may be made; and that if willing to make a statement, You have the right to stop at any time they wish; You have a right to obtain assistance of the court's officers in serving witnesses on defendant's behalf. At the time of appearance, defendant (was)(was not) in custody.

**O R D E R**

Upon the record of proceeding, it is hereby;

**ORDERED** THAT DEFENDANT BE RELEASED FROM CUSTODY UPON EXECUTION OF:

( ) Unsecured Appearance Bond in the amount of $50,000.00.
( ) An Appearance Bond in the amount of $_____with
    security of ten percent (10%) of the face amount of the bond.

( ) Bail Bond with one or more sureties or deposit of cash in lieu thereof, in
    the amount of $_____.

    Other conditions:_____

Advice of Rights hearing held

<u>Jeffrey Moorhead, Esq</u> reappointed to represent defendant

You are to sign in at the U.S. Marshal's Office each Wednesday at 9:30 A.M., at District Court, located at 3013 Golden Rock, Christiansted, St. Croix.

Dated: 1/6/16                                    /s/
                                         George W. Cannon, Jr
                                         U.S. Magistrate Judge

    I certify that I truly and accurately interpreted the statement of the Judge from English to_____ a language which the defendant understands.

                                         _____
                                         Interpreter

=================================================================

Defendant's Date of Birth:_____Age:_____

Residence Address:_____

Mailing Address:_____

City:_____

Island (State):_____

Home Phone:_____         Business Phone:_____

Arresting Officer:_____

Date of Arrest: <u>1/6/16</u>

    I certify that I received a copy of this Memorandum Record of Proceeding.

_____          _____